## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01907-RPM-PAC

FightTheFence.org, an unincorporated association;
ROB EDWARD; and
MIKE STABLER;

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF COMMERCE,

        Defendant.

---

## ORDER

---

Based on defendant's motion for leave to file an outsized reply in support of defendant's motion for summary judgment, and an outsized response in opposition to plaintiff's cross-motion for summary judgment, it is hereby ORDERED that defendant's motion be, and it hereby is, GRANTED. Defendant's reply in support of defendant's motion for summary judgment, lodged with the Court on August 15, 2005, and defendant's response in opposition to plaintiff's cross-motion for summary judgment, also lodged with the Court on August 15, 2005, are hereby ordered filed with the Court.

Dated: August 17th, 2005

                                                s/Richard P. Matsch

                                                UNITED STATES DISTRICT JUDGE