IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01907-RPM

FightTheFence.org, an unincorporated association;
ROB EDWARD; and
MIKE STABLER,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF COMMERCE,

        Defendant.

---

ORDER DENYING MOTION TO AMEND JUDGMENT

---

      On March 27, 2006, the plaintiff filed a motion to amend judgment under Fed. R. Civ. P. 59(e). The defendant filed a response on April 17, 2006, and on April 24, 2006, a motion for leave to amend the opposition with a tendered amended response. The plaintiffs filed a reply on April 25, 2006. The reply does not dispute the defendant's statement in the amended response that the documents from the disputed time period have been provided. Accordingly, what the plaintiffs seek is a declaratory judgment that the defendant did not act timely. There is no purpose to the entry of such a judgment. It is

      ORDERED that the motion to file an amended opposition to the plaintiffs' motion to amend judgment is granted and it is

FURTHER ORDERED that the motion to amend judgment is denied.

DATED: April 28, 2006

                                                BY THE COURT:

                                                s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge